UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
LAKESHA LEE,

                Plaintiff,

   -against-

NEW YORK UNIVERSITY and NICHOLAS
VAGELATOS,

                Defendants.
------------------------------------- x

ORDER

19 Civ. 9491 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: NOV 20 2019

GEORGE B. DANIELS, United States District Judge:

Defendants New York University and Nicholas Vagelatos's motion to dismiss Plaintiff Lakesha Lee's common law assault claim against Defendant Vagelatos, (ECF No. 14), is moot in light of Plaintiff's filing of an amended complaint, (ECF No. 17).

The Clerk of Court is directed to close the motion, (ECF No. 14), accordingly.

Defendants shall move, answer, or otherwise respond to Plaintiff's amended complaint within fourteen (14) days of this Order.

Dated: New York, New York
       November 19, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge