UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LAKESHA LEE,

         Plaintiff,

  -against-

NEW YORK UNIVERSITY and NICHOLAS
VAGELATOS,

         Defendants.

------------------------------------- x

ORDER

19 Civ. 9491 (GBD)

GEORGE B. DANIELS, United States District Judge:

  Oral argument on Defendants' motion to dismiss will be held on April 1, 2020 at 10:30 am. The initial conference scheduled for January 29, 2020 at 9:30 am is canceled.

Dated: New York, New York
   January 23, 2020

            SO ORDERED.

            */s/ George B. Daniels*
            GEORGE B. DANIELS
            United States District Judge