UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LAKESHA LEE,

                        Plaintiff,

    -against-

NEW YORK UNIVERSITY and NICHOLAS VAGELATOS,

                        Defendants.

------------------------------------- x

ORDER

19 Civ. 9491 (GBD)

GEORGE B. DANIELS, United States District Judge:

The oral argument scheduled for April 1, 2020 at 10:30 am is canceled.

Dated: New York, New York
       March 2, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge