

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/13/2020

MEMO ENDORSED

**DLA Piper LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Evan D. Parness
evan.parness@dlapiper.com
T  212.335.4782
F  917.778.8577

March 12, 2020

<u>Via ECF</u>

Honorable Katharine H. Parker, U.S.M.J.
United States District Court for the
  Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street - Courtroom 17D
New York, NY 10007

  Re: *Lakesha Lee v. New York University and Nicholas Vagelatos*
    *Civil Action No. 1:19-cv-09491-GBD-KHP*

Dear Judge Parker:

  This firm represents Defendants New York University and Nicholas Vagelatos (collectively, "Defendants") in the above-referenced matter. Pursuant to an Initial Case Management Conference & Oral Argument Order entered on March 3, 2020 (ECF No. 28), both an Initial Case Management Conference and an Oral Argument on Defendants' pending Motion to Dismiss were scheduled for April 9, 2020.

  With the consent of Locksley O. Wade, Esq., counsel for Plaintiff Lakesha Lee, and pursuant to earlier today I contacted Mr. Chris Aiello, Courtroom Deputy, on behalf of the parties to request that the April 9, 2020 appearances be rescheduled to a later date. Mr. Aiello confirmed that the Initial Case Management Conference and the Oral Argument on Defendants' Motion to Dismiss have been rescheduled for April 23, 2020 at 2:00 pm. Counsel for Plaintiff and Defendants have consented to the rescheduled date and time.

  Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

/s/ *Evan D. Parness*

Evan D. Parness

cc: Locksley O. Wade, Esq. (via ECF)

EAST\172925543.1

---

**The Initial Case Management Conference/Oral Argument in this matter that is scheduled for Thursday, April 9, 2020 at 11:00 a.m. is hereby converted to a telephonic conference and rescheduled <u>Thursday, April 23, 2020 at 2:00 p.m.</u> Counsel for the parties are directed to call Judge Parker's Chambers at the scheduled time with counsel for all parties on the line. Please dial 212-805-0234.**

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
03/13/2020