UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LAKESHA LEE,

                Plaintiff,

        -against-

NEW YORK UNIVERISTY and NICOLAS VAGELATOS,

                Defendants.

------------------------------------------------------------------X

19-CV-9491 (GBD) (KHP)

**INITIAL CASE MANAGEMENT CONFERENCE & ORAL ARGUMENT ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

For the telephone conference on April 23, 2020, the parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code).

        **SO ORDERED.**

DATED:    New York, New York
              March 16, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge