

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Evan D. Parness
evan.parness@dlapiper.com
T   212.335.4782
F   917.778.8577

April 16, 2020

<u>Via ECF</u>

Honorable Katharine H. Parker, U.S.M.J.
United States District Court for the
   Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street - Courtroom 17D
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/2020

> The conference and oral argument scheduled for April 23, 2020 is hereby cancelled.  The parties shall file a joint status letter by no later than **May 18, 2020** advising the Court of the status of the settlement.

Re:   Lakesha Lee v. New York University and Nicholas Vagelatos
      Civil Action No. 1:19-cv-09491-GBD-KHP

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

4/16/2020

Dear Judge Parker:

This firm represents Defendants New York University and Nicholas Vagelatos (collectively, "Defendants") in the above-referenced matter.  Pursuant to Your Honor's Order dated March 13, 2020 (ECF No. 30), an Initial Case Management Conference and Oral Argument on Defendants' Motion to Dismiss are presently scheduled for April 23, 2020.

We write jointly with Locksley O. Wade, Esq., counsel for Plaintiff Lakesha Lee, to inform Your Honor that the parties have resolved this matter, in principle.  <u>In light of this, the parties respectfully request a thirty (30) day adjournment of the Initial Case Management Conference and Oral Argument to provide the parties time to finalize the resolution.</u>  Should the parties finalize the resolution before such next scheduled court appearance, we will promptly advise the Court of same.

Thank you for Your Honor's consideration.

Respectfully submitted,

*/s/ Evan D. Parness*

Evan D. Parness

cc:   Locksley O. Wade, Esq. (via ECF)